JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANKAJ KUMAR H. KANTHARIA, SANJEEV MEHTA, HARSHAD KUMAR A. PATEL, and SATISH PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); SUSAN DIBBINS, Chief if USCIS's Administrative Appeals Office; and ALISSA EMMEL, Chief of USCIS's Immigrant Investor Program Office,<br><br>Defendants. | Case No. 2:23-cv-01120-MCS-KK<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motion to Dismiss or Transfer, it is ordered, adjudged, and decreed that this case is dismissed without prejudice for improper venue. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: May 12, 2023

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE